# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50088 | **DATE** | 9/26/2005 |
| **CASE TITLE** | Applied Solutions, Inc. vs. Plews | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendant's August 26, 2005 Motion to Strike Plaintiff's Expert Disclosures and Bar Plaintiff's Expert Testimony is granted. Finding no bad-faith at hand, Defendant's Motion for Costs is denied.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|