Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50088 | **DATE** | 5/25/2006 |
| **CASE TITLE** | Applied Solutions, Inc. vs. Plews/Edelmann Inc. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, the court finds that ASI is entitled to damages from Plews for breach of contract in the amount of one hundred thirty one thousand and three dollars and seventy-five cents ($131,003.75). Judgement is hereby entered in favor of Plaintiff-Counterdefendant ASI, and against Defendant-Counterplaintiff Plews, in the amount of one hundred thirty one thousand and three dollars and seventy-five cents ($131,003.75). ASI, as the prevailing party, is also entitled to recover its court costs against Plews.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

FILED
MAY 25 2006
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | Courtroom Deputy Initials: | AM |
|---|---|---|